Jeremy Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA 92880
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANG TRAN, | Case No. 3:18-CV-00826 |
| Plaintiffs, | |
| v. | |
| CAPITAL ONE BANK (USA) N.A., | Magistrate Judge Linda Lopez |
| Defendant. | |

## NOTICE OF SETTLEMENT

Plaintiff QUANG TRAN notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 18th day of March 2019.

By: */s/ Jeremy Branch*
Jeremy Branch
Attorney for Plaintiff

- 2 -

**CERTIFICATE OF SERVICE**

I certify that on March 18, 2019 I filed Plaintiff QUANG TRAN's Notice of Settlement using the CM/ECF system, which will provide notice to the following:

Stacy Rubin
Ballard Spahr LLP
1888 Century Park East, Suite 1850
Los Angeles, California 90067
RubinS@ballardspahr.com
*Attorney for Defendant*
Capital One Bank (USA) N.A.

By: */s/ Jeremy Branch*
Jeremy Branch
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA  92880
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
Attorney for Plaintiff, QUANG TRAN