Alyson Dykes – Bar #319835
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA 92880
Tel. (657) 500-4317
Fax: (657) 227-0270
EMAIL: AlysonD@jlohman.com
Attorney fo Plaintiff, QUANG TRAN

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANG TRAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA),N.A.*,*<br><br>　　　　Defendants. | Case No: 3:18-CV-00826-GPC-LL<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

Plaintiff, Quang Tran ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned action WITH PREJUDICE, with each party to bear its own costs and attorney's fees.

JOINTLY SUBMITTED BY:

| | |
|---|---|
| */s/ Stacy H. Rubin (with permission)*<br>Stacy H. Rubin<br>Ballard Spahr LLP<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, NV 89135-2958<br>rubins@ballardspahr.com<br>*COUNSEL FOR DEFENDANT* | */s/ Alyson J. Dykes*<br>Alyson J. Dykes<br>The Law Offices of Jeffrey Lohman, P.C.<br>4740 Green River Road, Suite 310<br>Corona, CA 92880<br>alysond@jlohman.com<br>*COUNSEL FOR PLAINTIFF* |

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Stacy H. Rubin, counsel for Defendant, and that I have obtained Ms. Rubin's authorization to affix her electronic signature to this document.

Dated: May 7, 2019

                                              By: /s/ *Alyson J. Dykes*
                                              ALYSON J. DYKES
                                              Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of May 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify the following registered parties:

Stacy H. Rubin
Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135-2958
rubins@ballardspahr.com
*COUNSEL FOR DEFENDANT*

*/s/ Alyson J. Dykes*
Alyson J. Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: (657) 500-4317
F: (657) 227-0270
E: alysond@jlohman.com
Attorney for Plaintiff, QUANG TRAN

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANG TRAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>　　　　Defendants. | Case No: 3:18-CV-00826-GPC-LL<br><br>**ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE** |

　　　　Plaintiff Quang Tran, and Defendant Capital One Bank (USA), N.A., having filed a Joint Motion to Dismiss with Prejudice, the Court hereby dismisses this entire action with prejudice.

　　　　IT IS HEREBY ORDERED that this entire action is DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees.

　　　　IT IS SO ORDERED.


Dated: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Linda Lopez
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge