1

2

3

4

5

6

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

7

QUANT TRAN,

8

Plaintiff,

9

10

vs.

11

CAPITAL ONE BANK (USA), N.A.,

12

Defendants.

13

14

Case No.: 18-CV-00826-GPC-LL

**ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE**

15

16     Plaintiff Quang Tran, and Defendant Capital One Bank (USA), N.A., having filed a

17  Joint Motion to Dismiss with Prejudice, the Court hereby dismisses this entire action with

18  prejudice.

19     **IT IS HEREBY ORDERED** that this entire action is **DISMISSED** with

20  prejudice.  Each party shall bear their own costs and attorney's fees.

Dated:  May 8, 2019

21

22

Hon. Gonzalo P. Curiel
United States District Judge

23

24

25

26

27

28

3:19-cv-00658-GPC-MSB